AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Leo Brent Bozell IV

*Defendant(s)*

Case: 1:21-mj-00222
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/11/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 6, 2021 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1512(c)(2) | Obstructing an official proceeding and attempting to do so |
| 18 U.S.C. Section 1752(a)(1) and (2) | Restricted building and grounds |
| 40 U.S.C. Section 5104(e)(2) | Disorderly conduct |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Lynda W. Thomas, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** (specify reliable electronic means).

Date: 02/11/2021

*Judge's signature*

City and state: Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*