AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Leo Brent Bozell IV**<br><br>*Defendant* | )<br>)<br>) Case No.<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Leo Brent Bozell IV                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

See affidavit in support of complaint
18 U.S.C. 1512(c) (obstruction of official procceedings and attempt to do so)
18 U.S.C. 1752(a)(1) and (2) (restricted building and grounds)
40 U.S.C. 5104(e)(2) (disorderly conduct)

Date:   02/11/2021                              
                                                                               2021.02.11
                                                                               13:11:43 -05'00'
                                                                               *Issuing officer's signature*

City and state:   Washington, D.C.                       Zia M. Faruqui, U.S. Magistrate Judge
                                                                               *Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/11/2021, and the person was arrested on *(date)* 2/12/2021
at *(city and state)*   Palmyra, PA

Date: 2/12/2021

                                                                               *Arresting officer's signature*

                                                                               SA Daniel Wright
                                                                               *Printed name and title*